IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      )
ex rel. Larry Sailes and       )
Darrell Webb,                  )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:12cv807-MHT
                               )           (WO)
EDUCATION CORPORATION OF       )
AMERICA; and VIRGINIA          )
COLLEGE, LLC,                  )
                               )
     Defendants.               )
```

## JUDGMENT

Pursuant to the amended notice of dismissal (doc. no. 17), it is ORDERED that the claims of the Relators are dismissed against Education Corporation of America and Virginia College LLC with prejudice to the Relators and without prejudice to the Government, each party to bear its own costs.

It is further ORDERED that the amended notice of dismissal (doc. no. 17) and this judgment are not under seal.

This case remains closed.

DONE, this the 10th day of October, 2013.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**